```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3051 |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS MANUELRODRIGUEZ MARTINEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the court on defendant's motion to continue his trial currently scheduled to begin on December 12, 2005. Filing 25. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's trial is set to commence at 9:00 a.m. on January 9, 2006 for a duration of five trial days before the Honorable Warren K. Urbom. Jury selection will be at the commencement of trial. This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between December 12, 2005 and January 9, 2006 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(8)(a).

DATED this 6th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge