```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3051 |
| v. | ) | |
| | ) | |
| JESUS MANUEL RODRIGUEZ MARTINEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Following a status conference this date,

IT IS ORDERED:

1. Defendant's oral motion to continue is granted and the change of plea hearing is continued to April 18, 2006 at 10:30 a.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2. Defendant waived speedy trial time in open court. Therefore, for this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

3. Defendant shall appear at the hearing.

DATED this 28th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge