IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:05CR3051 |
| v. | ) ) | |
| JESUS MANUEL RODRIGUEZ MARTINEZ, | ) ) ) | ORDER ON ORAL MOTION TO CONTINUE THE EVIDENTIARY AND SENTENCING HEARING |
| Defendant. | ) ) | |

IT IS ORDERED that:

1. the oral motion by the government during a telephone conference call today requesting a continuance of the evidentiary and sentencing hearing is granted;

2. the evidentiary and sentencing hearing is rescheduled and shall commence at 1:30 p.m. on August 29, 2006, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present at the hearing.

DATED this 16th day of August, 2006.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge