IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3051 |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS MANUEL RODRIGUEZ MARTINEZ, | ) ) ) | ORDER ON ORAL MOTION TO CONTINUE EVIDENTIARY AND SENTENCING HEARING |
| Defendant. | ) ) | |

For the reasons expressed during the in-chambers conference with Ms. Wagner and Mr. Levy today,

IT IS ORDERED that:

1. Assistant United States Attorney Lynnett Wagner's oral motion to continue the evidentiary and sentencing hearing is granted;

2. the evidentiary and sentencing hearing is continued to October 5, 2006, at 1:00 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska;

3. the defendant shall be present for the hearing.

Dated August 29, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge