UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3051 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM AND |
| | ) | ORDER |
| JESUS MANUEL RODRIGUEZ MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

The government has filed a Motion and Request for Hearing Pursuant to Rule 35(b), filing 64.  Accordingly,

IT IS ORDERED that:

1. due to the passing of the defendant's court-appointed counsel, the Federal Public Defender for the District of Nebraska is appointed to represent the above-named defendant in this matter.   In the event that the Federal Public Defender accepts this appointment the Federal Public Defender shall forthwith file a written appearance in this matter.  In the event the Federal Public Defender should decline this appointment for reason of conflict or on the basis of the Criminal Justice Act Plan, the Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

2. the Request for Hearing Pursuant to Rule 35(b) shall be held in abeyance pending the appointment of counsel for the defendant; and

3. the Clerk of the Court shall mail a copy of this order to the Federal Public Defender.

Dated January 20, 2009.

        BY THE COURT

        s/ Warren K. Urbom
        United States Senior District Judge