IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:05CR3051 |
| v. | ) ) | |
| JESUS MANUEL RODRIGUEZ MARTINEZ, | ) ) ) | ORDER ON MOTION TO SEAL |
| Defendant. | ) ) ) | |

IT IS ORDERED that the Motion to Seal, filing 73, is granted.

Dated March 19, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge