IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | 4:05CR3051 |
| v. | ) ) | |
| JESUS MANUEL RODRIGUEZ MARTINEZ, | ) ) ) | ORDER ON MOTIONS TO SEAL |
| Defendant. | ) ) | |

    IT IS ORDERED that Motion to Seal, filing 76, and Motion to Seal, filing 78, are granted.

    Dated March 24, 2009.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge